UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DESALEGN ATIKILTY,<br><br>　　　　Defendant. | Case No: CR 13-00256 PJH<br><br>**ORDER REDUCING TERM OF SUPERVISED RELEASE** |

　　Good cause appearing,

　　IT IS HEREBY ORDERED THAT, effective October 26, 2017, the term of supervised release is REDUCED by a term of one-year. Defendant's supervision shall then be terminated as of October 26, 2017.

　　IT IS SO ORDERED.

Dated: 10-25-17

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　Chief United States District Judge